IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD SIPE and STEPHEN WILSON, ) | Case No. C 14-3990 RMW (PR) |
| Plaintiffs, ) | ORDER OF TRANSFER |
| v. ) | |
| ALLENBY, et al., ) | |
| Defendants. ) | |

On September 3, 2014, plaintiffs, civil detainees proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at Coalinga State Hospital. Coalinga lies in Fresno County. Because Fresno County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the Eastern District of California. See 28 U.S. C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\PRO-SE\RMW\CR.14\Sipe990transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD SIPE ET AL et al,<br><br>     Plaintiff,<br><br>  v.<br><br>AUDREY KING et al,<br><br>     Defendant.<br>_____/ | Case Number: CV14-03990 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Sipe
CO-1470-4
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210-5003

Stephen Wilson
CO-408-5
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210-5003

Dated: December 17, 2014

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk